**FILED**

Jan 25 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ ArianaF     DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>Victoria Ann MacMillan,<br><br>                              Defendant. | Case No. 16-cr-02902-DMS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, and passport released by Pretrial if held.

Dated: 01/25/2018

Hon. Jill L. Burkhardt
United States Magistrate Judge